# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
        §
LAURA E. MACIEJEWSKI         §    Case No. 13-14669
        §
      Debtor(s)        §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/09/2013 . The undersigned trustee was appointed on 04/09/2013 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 137,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 14,601.07 |
| Bank service fees | | 257.21 |
| Other payments to creditors | | 89,257.61 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 15,000.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 17,884.11 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 06/26/2014 and the deadline for filing governmental claims was 06/26/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 9,350.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 9,350.00 , for a total compensation of $ 9,350.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/01/2015              By:/s/Frances Gecker
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 13-14669 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Frances Gecker |
| Case Name: | LAURA E. MACIEJEWSKI | | | | Date Filed (f) or Converted (c): | 04/09/2013 (f) |
| | | | | | 341(a) Meeting Date: | 06/07/2013 |
| For Period Ending: | 09/01/2015 | | | | Claims Bar Date: | 06/26/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home 4001 Grove Avenue Brookfield, I | 80,000.00 | 65,000.00 | | 129,000.00 | FA |
| 2. Cash on hand | 40.00 | 0.00 | | 0.00 | FA |
| 3. PNC checking account ending in 264-$ 18.00 TCF Che | 418.00 | 418.00 | | 0.00 | FA |
| 4. Household goods and furnishings | 600.00 | 0.00 | | 0.00 | FA |
| 5. Wearing apparel | 200.00 | 0.00 | | 0.00 | FA |
| 6. 1999 Mazda 626 | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. 2010 Scooter- (non-working) | 300.00 | 0.00 | | 0.00 | FA |
| 8. desktop computer | 100.00 | 0.00 | | 0.00 | FA |
| 9. ESCROW REFUND (u) | 0.00 | 3,000.00 | | 3,000.00 | FA |
| 10. LITIGATION (u) | 0.00 | 5,000.00 | | 5,000.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $82,658.00    $73,418.00        $137,000.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

A FINAL REPORT HAS BEEN SUBMITTED TO THE UST FOR REVIEW.

Initial Projected Date of Final Report (TFR): 06/01/2014    Current Projected Date of Final Report (TFR): 06/01/2015

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 13-14669 | Trustee Name: Frances Gecker |
| Case Name: LAURA E. MACIEJEWSKI | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1962 |
| | Checking |
| Taxpayer ID No: XX-XXX0413 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/01/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/08/15 | | Transfer from Acct # xxxxxx7490 | Transfer of Funds | 9999-000 | $17,884.11 | | $17,884.11 |

| | | |
|---|---|---|
| COLUMN TOTALS | $17,884.11 | $0.00 |
| Less: Bank Transfers/CD's | $17,884.11 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*  Page Subtotals: $17,884.11  $0.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 13-14669 | Trustee Name: Frances Gecker |
| Case Name: LAURA E. MACIEJEWSKI | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX7490 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX0413 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/01/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/14/14 | | CHICAGO TITLE & TRUST COMPANY 10 S. LaSalle StreetChicago, IL 60603 | Purchase of Property | | $12,213.56 | | $12,213.56 |
| | | | Gross Receipts $129,000.00 | | | | |
| | | N. C. FIA CARD SERVICES FIA Card Services, N.C.Payoff Judgment 1215833138 | FIA CARD SERVICES ($7,070.10) | 4220-000 | | | |
| | | JP MORGAN CHASE JP Morgan ChaseP.O. Box 24696Columbus, OH 43224 | JP MORGAN CHASE MORTGAGE ($82,187.51) | 4110-000 | | | |
| | | Laura Maciejewski | DEBTOR'S EXEMPTION ($15,000.00) | 8100-002 | | | |
| | | CHICAGO REAL ESTATE RESOURCES | BROKER'S COMMISSION ($6,450.00) | 3510-000 | | | |
| | | MGR Title Services - Closing Costs | Title Company Fees ($400.00) | 2500-000 | | | |
| | | Real Estate Tax 1/1/14-2/13/14 | Real Estate Taxes ($608.83) | 2820-000 | | | |
| | | Real Estate Tax 7/1/13- 12/31/13 | Real Estate Taxes ($2,405.00) | 2820-000 | | | |
| | | TRANSFER TAX AND COUNTY TAX | TRANSFER TAX AND COUNTY TAX ($467.50) | 2500-000 | | | |
| | | Policy Update Fee | Policy Update Fee ($100.00) | 2500-000 | | | |
| | | Closing Protection Letter - Buyer | Closing Protection Letter ($50.00) | 2500-000 | | | |
| | | Express Delivery Fee and Service Fee | Delivery Fee ($75.00) | 2500-000 | | | |
| | | Transfer Tax - Illinois | Transfer Tax - IL ($129.00) | 2500-000 | | | |
| | | Recording Relase | Recording Fee ($104.00) | 2500-000 | | | |
| | | Survey Fee | Survey Fee ($350.00) | 2500-000 | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*      Page Subtotals:     $12,213.56     $0.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 13-14669 | Trustee Name: | Frances Gecker |
| Case Name: | LAURA E. MACIEJEWSKI | Bank Name: | The Bank of New York Mellon |
| | | Account Number/CD#: | XXXXXX7490 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX0413 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 09/01/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | County Tax - Cook County | Cook County Tax            ($64.50) | 2500-000 | | | |
| | | Title Insurance | Title Insurance          ($1,325.00) | 2500-000 | | | |
| | 1 | | Single Family Home 4001 Grove Avenue Brookfield, I   $129,000.00 | 1110-000 | | | |
| 03/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $12,203.56 |
| 03/31/14 | 9 | CHICAGO REAL ESTATE RESOURCES | Escrow Deposit Turnover | 1229-000 | $3,000.00 | | $15,203.56 |
| 04/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $18.14 | $15,185.42 |
| 05/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $21.85 | $15,163.57 |
| 06/06/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $22.54 | $15,141.03 |
| 07/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $21.78 | $15,119.25 |
| 08/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $22.48 | $15,096.77 |
| 09/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $22.44 | $15,074.33 |
| 10/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $21.69 | $15,052.64 |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.38 | $15,030.26 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.63 | $15,008.63 |
| 12/08/14 | | LOUIS A. WEINSTOCK 223 W. JACKSON BLVD. SUITE 512 CHICAGO, ILLINOIS  60606 | Settlement for Litigation | | $2,970.00 | | $17,978.63 |
| | | | Gross Receipts            $5,000.00 | | | | |

| UST Form 101-7-TFR (5/1/2011) *(Page: 6)* | Page Subtotals: | $5,970.00 | $204.93 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 13-14669 | Trustee Name: Frances Gecker |
| Case Name: LAURA E. MACIEJEWSKI | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX7490 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX0413 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/01/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | LOUIS A. WEINSTOCK<br>223 W. JACKSON BLVD.<br>SUITE 512<br>CHICAGO, IL 60606 | Attorney for Trustee Fees ($2,030.00)<br>(Trustee | 3210-000 | | | |
| | 10 | | LITIGATION $5,000.00 | 1249-000 | | | |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.59 | $17,953.04 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.69 | $17,926.35 |
| 02/10/15 | 10000 | ARTHUR B. LEVINE COMPANY<br>Attn: Maria Sponza<br>60 East 42nd Street, Room 965<br>New York, NY 10165 | Bond No. 10BSBGR6291 | 2300-000 | | $10.24 | $17,916.11 |
| 02/16/15 | 10001 | CLERK OF THE U. S. BANKRUPTCY COURT<br>CLERK OF THE U.S. BANKRUPTCY COURT<br>219 S. DEARBORN STREET, 7TH FL.<br>CHICAGO, ILLINOIS 60604 | Filing Fee for Motion to Sell Reversal<br>Filing fee was previously paid by trustee's counsel. Clerical error. | 2700-000 | | ($176.00) | $18,092.11 |
| 02/16/15 | 10001 | CLERK OF THE U. S. BANKRUPTCY COURT<br>CLERK OF THE U.S. BANKRUPTCY COURT<br>219 S. DEARBORN STREET, 7TH FL.<br>CHICAGO, ILLINOIS 60604 | Filing Fee for Motion to Sell | 2700-000 | | $176.00 | $17,916.11 |
| 05/04/15 | 10002 | ILLINOIS DEPARTMENT OF REVENUE<br>P.O. BOX 19053<br>SPRINGFIELD, IL 62794-9053 | FEIN 46-7180413  2014 form IL-1041 | 2820-000 | | $32.00 | $17,884.11 |
| 07/08/15 | | Transfer to Acct # xxxxxx1962 | Transfer of Funds | 9999-000 | | $17,884.11 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $18,183.56 | $18,183.56 |
| Less: Bank Transfers/CD's | $0.00 | $17,884.11 |
| Subtotal | $18,183.56 | $299.45 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*                    Page Subtotals:              $0.00            $17,978.63

| | | |
|---|---|---|
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $18,183.56 | $299.45 |

Exhibit B

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1962 - Checking | $0.00 | $0.00 | $17,884.11 |
| XXXXXX7490 - Checking Account (Non-Interest Earn | $18,183.56 | $299.45 | $0.00 |
| | $18,183.56 | $299.45 | $17,884.11 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $118,816.44 |
| Total Net Deposits: | $18,183.56 |
| Total Gross Receipts: | $137,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-14669-PSH  
Debtor Name: LAURA E. MACIEJEWSKI  
Claims Bar Date: 6/26/2014  
Date: September 1, 2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 3410 | ALAN D. LASKO & ASSOCIATES P. C.<br>205 W. Randolph Street<br>Suite 1150<br>Chicago, IL  60606 | Administrative | | $0.00 | $1,605.70 | $1,605.70 |
| 100 3420 | ALAN D. LASKO & ASSOCIATES P. C.<br>205 W. Randolph Street<br>Suite 1150<br>Chicago, IL  60606 | Administrative | | $0.00 | $16.21 | $16.21 |
| 100 3510 | CHICAGO REAL ESTATE RESOURCES | Administrative | | $0.00 | $6,450.00 | $6,450.00 |
| 100 3110 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL  60654 | Administrative | | $0.00 | $4,283.50 | $4,283.50 |
| 100 3120 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL  60654 | Administrative | | $0.00 | $187.49 | $187.49 |
| 100 2100 | Frances Gecker<br>325 N. LaSalle Street<br>Chicago, IL  60654 | Administrative | | $0.00 | $9,350.00 | $9,350.00 |
| 99 8100 | Laura Maciejewski | Administrative | | $15,000.00 | $15,000.00 | $15,000.00 |
| 100 3210 | LOUIS A. WEINSTOCK<br>223 W. JACKSON BLVD.<br>SUITE 512<br>CHICAGO, IL 60606 | Administrative | Fees and Expenses of Special Counsel.  Order dated 1/8/15. | $0.00 | $2,030.00 | $2,030.00 |
| 2 280 5800 | ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>P.O. BOX 64338<br>CHICAGO, IL  60664-0338 | Priority | | $0.00 | $223.80 | $223.80 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-14669-PSH  
Debtor Name: LAURA E. MACIEJEWSKI  
Claims Bar Date: 6/26/2014  

Date: September 1, 2015

| Code# | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 50 4110 | JP MORGAN CHASE<br>P.O. Box 24696<br>Columbus, OH 43224 | Secured | | $73,078.00 | $82,187.51 | $82,187.51 |
| 50 4220 | FIA CARD SERVICES, N. A.<br>Payoff Judgment, 1215833138 | Secured | | $0.00 | $7,070.10 | $7,070.10 |
| 1 300 7100 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>TD BANK, USA<br>PO BOX 248866<br>OKLAHOMA CITY, OK 73124-8866 | Unsecured | | $0.00 | $1,758.55 | $1,758.55 |
| 2 300 7100 | ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>P.O. BOX 64338<br>CHICAGO, IL 60664-0338 | Unsecured | Penalty and Interest of Claim No. 2 | $0.00 | $704.60 | $704.60 |
| 3 300 7100 | CREDIT FIRST NA<br>PO BOX 818011<br>CLEVELAND, OH 44181 | Unsecured | | $0.00 | $838.31 | $838.31 |
| 4 300 7100 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>CAPITAL ONE NATL ASSOC (CAPITAL ONE BANK (USA)NA<br>PO BOX 41067<br>NORFOLK, VA 23541 | Unsecured | | $0.00 | $2,901.23 | $2,901.23 |
| 5 300 7100 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>GENERAL ELECTRIC CAPITAL CORP<br>(MEIJER)<br>PO BOX 41067<br>NORFOLK, VA 23541 | Unsecured | | $0.00 | $1,328.52 | $1,328.52 |
| | Case Totals | | | $88,078.00 | $135,935.52 | $135,935.52 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-14669
Case Name: LAURA E. MACIEJEWSKI
Trustee Name: Frances Gecker

Balance on hand     $     17,884.11

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
|  | FIA CARD SERVICES, N. A. | $ 7,070.10 | $ 7,070.10 | $ 7,070.10 | $ 0.00 |
|  | JP MORGAN CHASE | $ 82,187.51 | $ 82,187.51 | $ 82,187.51 | $ 0.00 |

Total to be paid to secured creditors     $     0.00

Remaining Balance     $     17,884.11

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 9,350.00 | $ 0.00 | $ 9,350.00 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ 4,283.50 | $ 0.00 | $ 4,283.50 |
| Attorney for Trustee Expenses: FRANKGECKER LLP | $ 187.49 | $ 0.00 | $ 187.49 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES P. C. | $ 1,605.70 | $ 0.00 | $ 1,605.70 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES P. C. | $ 16.21 | $ 0.00 | $ 16.21 |
| Other: CHICAGO REAL ESTATE RESOURCES | $ 6,450.00 | $ 6,450.00 | $ 0.00 |
| Other: LOUIS A. WEINSTOCK | $ 2,030.00 | $ 2,030.00 | $ 0.00 |

    Total to be paid for chapter 7 administrative expenses      $    15,442.90

    Remaining Balance      $    2,441.21

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 223.80 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | ILLINOIS DEPARTMENT OF REVENUE | $ 223.80 | $ 0.00 | $ 223.80 |

    Total to be paid to priority creditors      $    223.80

    Remaining Balance      $    2,217.41

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,531.21 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 29.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 1,758.55 | $ 0.00 | $ 517.77 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | ILLINOIS DEPARTMENT OF REVENUE | $ 704.60 | $ 0.00 | $ 207.45 |
| 3 | CREDIT FIRST NA | $ 838.31 | $ 0.00 | $ 246.82 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 2,901.23 | $ 0.00 | $ 854.21 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 1,328.52 | $ 0.00 | $ 391.16 |

Total to be paid to timely general unsecured creditors    $ 2,217.41

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE