**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | No. 13-14669 |
| | ) | |
| LAURA E. MACIEJEWSKI, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | Hearing Date:  October 15, 2015 |
| | ) | Hearing Time:  10:30 a.m. |
| | ) | Room No.:      644 |
| | ) | |

**COVER SHEET FOR FIRST AND FINAL APPLICATION OF**
**FRANKGECKER LLP FOR ALLOWANCE OF COMPENSATION AND EXPENSES**

Name of Applicant:                    FrankGecker, LLP

Authorized to Provide                 Frances Gecker, Chapter 7 Trustee of the Estate of
Professional Services to:             LAURA E. MACIEJEWSKI

Period for Which                      June 7, 2013 through June 30, 2015
Compensation is Sought:

Amount of Fees Sought:                $     4,283.50

Amount of Expense                     $       187.49
Reimbursement Sought:

This is a:                            First and Final Application

The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $0.00.

{MACIEJEW/001/00043008.DOC/}

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 13-14669 |
| | ) | |
| LAURA E. MACIEJEWSKI, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | Hearing Date: October 15, 2015 |
| | ) | Hearing Time: 10:30 a.m. |
| | ) | Room No.: 644 |
| | ) | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE THAT on **October 15, 2015**, at **10:30 a.m.**, we shall appear before the Honorable Pamela S. Hollis, or such other judge as may be sitting in her stead, in Courtroom 644 at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present the attached **First and Final Application of FrankGecker LLP as Counsel to Frances Gecker, Chapter 7 Trustee of the Bankruptcy Estate of LAURA E. MACIEJEWSKI, for Compensation and Reimbursement of Expenses.**

Dated: September 11, 2015

Respectfully submitted,

FRANCES GECKER, not individually but as Chapter 7 Trustee of the bankruptcy estate of LAURA E. MACIEJEWSKI

By: __/s/ *Micah R. Krohn*__
      One of her attorneys

Micah R. Krohn (ARDC 6217264)
**FrankGecker LLP**
325 N. LaSalle Street, Suite 625
Chicago, Illinois 60654
Tel.: (312) 276-1400
Fax: (312) 276-0035
mkrohn@fgllp.com

{MACIEJEW/001/00043008.DOC/}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 13-14669 |
| | ) | |
| LAURA E. MACIEJEWSKI, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Pamela S. Hollis |
| | ) | |

**FIRST AND FINAL FEE APPLICATION OF FRANKGECKER LLP
AS COUNSEL TO FRANCES GECKER, CHAPTER 7 TRUSTEE OF
THE BANKRUPTCY ESTATE OF LAURA E. MACIEJEWSKI FOR
<u>COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>**

FrankGecker LLP, counsel to Frances Gecker, the Chapter 7 Trustee (the "Trustee"), of the estate of LAURA E. MACIEJEWSKI, (the "Debtor"), hereby submits this first and final fee application (the "Application") pursuant to 11 U.S.C. §§330, 331 and 507(a)(1) seeking compensation totaling $4,283.50 for legal services performed as counsel to the Trustee during the period of June 7, 2013 through and including June 30, 2015 (the "Application Period") and reimbursement of expenses totaling $187.49 incurred in connection with those services. In support of the Application, FrankGecker LLP respectfully represents as follows:

## <u>INTRODUCTION</u>

1. On April 9, 2013 (the "Petition Date"), the Debtor filed a voluntary chapter 7 petition for relief under title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Illinois (the "Court).

2. Frances Gecker is the duly appointed trustee of the Debtor's estate.

3. A meeting of the Debtor's creditors was convened pursuant to Section 341 of the Bankruptcy Code (the "341 Meeting") on June 7, 2013.

{MACIEJEW/001/00043008.DOC/}

4. The Trustee chose FrankGecker LLP ("FG") as her counsel in the Case and on June 25, 2013, this Court entered an order authorizing the Trustee to retain FG as her counsel retroactive to June 7, 2013.

5. Counsel has received $0.00 in previously awarded compensation and reimbursement of expenses.

6. One of the assets of this Case was the Debtor's interest in real property commonly known as 4001 Grove Avenue, Brookfield, Illinois 60513 (the "Property").

7. In the Debtor's bankruptcy schedules, the Debtor valued the Property at approximately $80,000.00, encumbered by a mortgage of $73,000.00.

8. On October 28, 2013, the Trustee received a fully executed contract to purchase the Property for $138,900.00 (the "Purchase Agreement") from Chicago RE Investors, LLC Series 4001 (the "First Buyer").

9. On November 12, 2013, this Court approved the sale of the Property to the First Buyer. However, on the day of the scheduled closing, after the Debtor vacated the Property, the First Buyer cancelled the closing without any explanation.

10. On or about January 24, 2014, the Trustee received an offer from Daniel F. & Andrea S. O'Brien (the "Second Buyer") for $129,000.

11. On February 13, 2014, the Trustee completed the sale of the Real Estate to the Second Buyer and the estate received net proceeds of $12,213.56 from the sale, after payment of two secured lenders in full and the Debtor's homestead exemption.

12. This Application seeks allowance of all fees and expenses incurred by FG from June 7, 2013 through and including June 30, 2015. To aid the Court in its review of this Application, the Trustee's counsel has divided this Application into three parts. Part I describes

{MACIEJEW/001/00043008.DOC/}                    2

the practical and legal issues encountered by the Trustee's counsel, and actions taken and results obtained by counsel. Part II describes the qualifications and areas of expertise of the Trustee's attorneys. Part III describes the manner in which fees and expenses were calculated by the Trustee's attorneys.

I.  **SERVICES PERFORMED**

A.  **Administration**                                                                 **$470.00**

FrankGecker spent 1.80 hours at a cost of $470.00 on issues relating to the administration of the Debtor's estate, including drafting and filing a report of sale and appearing in court on trustee's motion to approve compromise.

B.  **Retention of Professionals/Fee Applications**                                     554.50

FG spent 2.30 hours at a cost of $554.50 on matters relating to the preparation, filing and appearing in court on trustee's motions to retain real estate broker, accountant and counsel and the drafting of counsel's first and final fee application.

C.  **Sale of Assets**                                                                  **$3,259.00**

FrankGecker spent 9.60 hours at a cost of $3,259.00 on issues relating to the sale of Debtor's real estate including drafting, filing and appearing in court on two separate motions to approve sale of Debtor's real estate. The sale of Debtor's real estate provided funds to pay two secured lenders in full, the Debtor's homestead exemption and allowed for a distribution to the unsecured creditors.

II. **ATTORNEYS PROVIDING SERVICES FOR THIS ESTATE**

Zane L. Zielinski (ZLZ) was an associate at FrankGecker LLP. Mr. Zielinski is a 2002 graduate of Chicago-Kent College of Law, where he was a member of the Editorial Board of the Chicago-Kent Law Review and was elected to the Order of the Coif. Mr. Zielinski specializes in bankruptcy law and has represented trustees, debtors and creditors in bankruptcy cases.

Reed Heiligman (RH) is an associate at FG. Mr. Heiligman is a graduate of The John Marshall Law School where he served as Managing Editor of The John Marshall Law Review. Mr. Heiligman regularly represents secured and unsecured creditors, creditors' committees and bankruptcy trustees.

Michael H. Matlock (MHM) is a paralegal at FG. Mr. Matlock is a graduate of the University of Oklahoma and has over twenty-five years' experience working on bankruptcy matters on behalf of debtors, creditors and trustees. Mr. Matlock assisted with analysis and preparation of the first interim fee application in this case.

Christina Smith (CSS) is a paralegal at FG. Ms. Smith assisted counsel with case research and case administration. Ms. Smith has worked as a paralegal specializing in bankruptcy for over fifteen years.

III. **CALCULATION OF TIME AND FEES**

This is the Trustee's first and final application for compensation and reimbursement of fees and expenses of FG. This fee application applies to fees and expenses incurred by FG from June 7, 2013 through and including June 30 2015. All professional services for which compensation is requested herein, and all reimbursement for expenses incurred, have been for services directly related to the case and were rendered for the benefit of the Trustee and the Debtor's estate. No agreement or understanding exists between FG and any other person for the

sharing of compensation received or to be received in connection with this case, other than as disclosed or authorized pursuant to 11 U.S.C. §§ 327, 328, 330 and 331.

As set forth in the attached exhibit, FG's attorneys and paralegal have spent a total of **13.70** hours providing necessary legal services for the Trustee. As a result, they request compensation in the amount of **$4,283.50** for actual, necessary legal services performed (Exhibit A). The average hourly rate is **$312.66**. In addition, FG has expended the sum of **$187.49** for actual necessary expenses incurred in representing the Trustee. FG has voluntarily written off all expenses related to fax and copying charges, only charging for off-site copying charges when incurred.

In preparing this fee application, FG has calculated the amount of time spent by each attorney and paralegal in performing actual, necessary legal services for the Trustee. The data used came directly from computer printouts of data which is kept by FrankGecker LLP on each of its clients. The hourly rates charged are the regular hourly rates charged by the firm to its clients. FG worked to avoid any duplication of effort, and in instances where more than one attorney billed for a project, there was a need for multiple attorneys' involvement or the time of one of the attorneys was voluntarily written off.

To aid the Court in its review of this material, FG has prepared its time exhibits by topic as presented in the attached Exhibit A. For purposes of this Application, counsel has used categories. Most of these categories are substantive. The time entries cover all work performed by FG regardless of whether it was office conferences, telephone conferences, research or some other type of work.

FG does not bill its clients or seek compensation in this fee application for its overhead expenses, including word processing, computer research charges, fax charges, phone charges or secretarial overtime, instead, such expenses are factored into FG's normal and customary rate.

No compensation has been promised to FG, other than as disclosed or approved by this Court.  FG certifies that there is no agreement between the firm and any other party regarding the sharing of fees except with the firm's partners, nor has the firm discussed or negotiated the amount of its fees with any party except the Trustee.  Finally, FG represents that it is and remains a disinterested party and does not hold any relationship adverse to the estate.

WHEREFORE, FrankGecker LLP respectfully requests that this Court enter an Order:

A. Allowing FrankGecker LLP compensation for actual, necessary legal services in the amount of **$4,283.50**;

B. Allowing FrankGecker LLP reimbursement of actual, necessary expenses in the amount of **$187.49**; and

C. Authorizing the Trustee to pay FrankGecker LLP compensation and expense reimbursement in the total amount of **$4,470.99**.

Dated:  September 11, 2015

Respectfully submitted,

FRANCES GECKER, not individually but as Chapter 7 Trustee of the bankruptcy estate of LAURA E. MACIEJEWSKI

By:    /s/  *Micah R. Krohn*
        One of her attorneys

Micah R. Krohn (ARDC 6217264)
**FrankGecker LLP**
325 N. LaSalle Street, Suite 625
Chicago, Illinois 60654
Tel.:  (312) 276-1400
Fax:  (312) 276-0035
mkrohn@fgllp.com