# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LAURA E. MACIEJEWSKI | § | Case No. 13-14669 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 10/15/2015 in Courtroom 644 (Judge Hollis),

EVERETT MCKINLEY DIRKSEN - U.S. COURTHOUSE
219 S. DEARBORN STREET
CHICAGO, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/11/2015              By: /s/  Frances Gecker
                                          Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL  60654*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                    §
                                          §
LAURA E. MACIEJEWSKI                       §          Case No. 13-14669
                                          §
            Debtor(s)                      §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 137,000.00 |
| and approved disbursements of | $ | 119,115.89 |
| leaving a balance on hand of[1] | $ | 17,884.11 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | FIA CARD SERVICES, N. A. | $ 7,070.10 | $ 7,070.10 | $ 7,070.10 | $ 0.00 |
| | JP MORGAN CHASE | $ 82,187.51 | $ 82,187.51 | $ 82,187.51 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 17,884.11 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 9,350.00 | $ 0.00 | $ 9,350.00 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ 4,283.50 | $ 0.00 | $ 4,283.50 |
| Attorney for Trustee Expenses: FRANKGECKER LLP | $ 187.49 | $ 0.00 | $ 187.49 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Fees:  ALAN D. LASKO & ASSOCIATES P. C. | $          1,605.70 | $               0.00 | $          1,605.70 |
| Accountant for Trustee Expenses:  ALAN D. LASKO & ASSOCIATES P. C. | $               16.21 | $               0.00 | $               16.21 |
| Other: CHICAGO REAL ESTATE RESOURCES | $          6,450.00 | $          6,450.00 | $               0.00 |
| Other: LOUIS A. WEINSTOCK | $          2,030.00 | $          2,030.00 | $               0.00 |

Total to be paid for chapter 7 administrative expenses          $                    15,442.90

Remaining Balance          $                      2,441.21

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 223.80  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | ILLINOIS DEPARTMENT OF REVENUE | $          223.80 | $               0.00 | $          223.80 |

Total to be paid to priority creditors          $                         223.80

Remaining Balance          $                      2,217.41

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,531.21  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 29.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 1,758.55 | $ 0.00 | $ 517.77 |
| 2 | ILLINOIS DEPARTMENT OF REVENUE | $ 704.60 | $ 0.00 | $ 207.45 |
| 3 | CREDIT FIRST NA | $ 838.31 | $ 0.00 | $ 246.82 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 2,901.23 | $ 0.00 | $ 854.21 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 1,328.52 | $ 0.00 | $ 391.16 |

Total to be paid to timely general unsecured creditors        $_____ 2,217.41

Remaining Balance        $_____ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Frances Gecker _____

Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL  60654*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 13-14669-PSH
Laura E. Maciejewski                                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: driddick          Page 1 of 2          Date Rcvd: Sep 11, 2015
                             Form ID: pdf006          Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2015.
db           #+Laura E. Maciejewski,    4001 Grove Avenue,    Brookfield, IL 60513-2133
aty           +FrankGecker LLP,    325 N. LaSalle Street,    Suite 625,   Chicago, IL 60654-6465
aty            Zane L Zielinski,   Frank/Gecker LLP,    325 North LaSalle Street,   Suite 625,
               Chicago, IL  60610
20303436      ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank Of America,   Po Box 982235,   El Paso, TX 79998)
20303437      ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,   Po Box 85520,   Richmond, VA 23285)
20303439      +Cap1/Mnrds,   26525 N Riverwoods Blvd,   Mettawa, IL 60045-3440
20303440      +Charter Fitness/ABC Financial,    PO Box 6800,   Sherwood, AR 72124-6800
20303442      +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
20303441      +Chase,   Po Box 24696,   Columbus, OH 43224-0696
20303449      +Chase,   Bank One Card Serv 2500 Westfield Dri,   Elgin, IL 60124-7836
20303452      +Comenity Capital/Blair,   Po Box 182120,   Columbus, OH 43218-2120
20303453      +Credit First N A,    6275 Eastland Rd,   Brookpark, OH 44142-1399
21905420      +Credit First NA,    Po Box 818011,   Cleveland, OH 44181-8011
20303457      +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
20303459      +Hsbc Bank,   Po Box 30253,   Salt Lake City, UT 84130-0253
20303460      +Illinois Department of Revenue,    PO Box 19026,   Springfield, IL 62794-9026
20303462      +Mcydsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
22093592      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,   Capital One Natl Assoc,
               (Capital One Bank (USA)NA,   PO Box 41067,   Norfolk, VA 23541)
22094563      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,   GENERAL ELECTRIC CAPITAL CORP,
               (Meijer),   PO Box 41067,   Norfolk, VA 23541)
20303464      +Pnc Bank, N.A.,   1 Financial Pkwy,   Kalamazoo, MI 49009-8002
20303467      +Portfolio Recvry&Affil,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4962
20303468       Providian,   Pob 9023,   Pleasanton, CA 94566
20303469      +Rnb-Fields3,   Po Box 9475,   Minneapolis, MN 55440-9475
20303470      +Seventh Avenue,   1112 7th Ave,   Monroe, WI 53566-1364
20303472      +Thd/Cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
20303473      +Tnb - Target,   Po Box 673,   Minneapolis, MN 55440-0673

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21722061       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 12 2015 01:40:44
               American InfoSource LP as agent for,   TD Bank, USA,   PO Box 248866,
               Oklahoma City, OK  73124-8866
20303451      +E-mail/Text: fhbankruptcy@bluestembrands.com Sep 12 2015 01:45:15     Cit/Fhut,
               6250 Ridgewood Road,   St Cloud, MN 56303-0820
20303456      +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2015 01:40:35     Gecrb/Meijer,   Po Box 965005,
               Orlando, FL 32896-5005
21761586       E-mail/Text: rev.bankruptcy@illinois.gov Sep 12 2015 01:43:59
               Illinois Department of Revenue,   Bankruptcy Section,   PO Box 64338,   Chicago IL 60664-0338
20303461      +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 12 2015 01:43:11     Kohls/Capone,
               N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
20303463      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 12 2015 01:43:59     Midland Funding,
               8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
22093592       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 12 2015 01:39:52
               Portfolio Recovery Associates, LLC,   Capital One Natl Assoc,   (Capital One Bank (USA)NA,
               PO Box 41067,   Norfolk, VA 23541
22094563       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 12 2015 01:40:16
               Portfolio Recovery Associates, LLC,   GENERAL ELECTRIC CAPITAL CORP,   (Meijer),
               PO Box 41067,   Norfolk, VA 23541
20303467      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 12 2015 01:40:16
               Portfolio Recvry&Affil,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4962
                                                                                   TOTAL: 9

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20303454       Fhut/Metbk
20303455       Fhut/Webbk
20303471       Target Nb
20303438*     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,   Po Box 85520,   Richmond, VA 23285)
20303445*     +Chase,   Po Box 24696,   Columbus, OH 43224-0696
20303448*     +Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
20303443*     +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
20303444*     +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
20303446*     +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
20303447*     +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
20303450*     +Chase,   Bank One Card Serv 2500 Westfield Dri,   Elgin, IL 60124-7836
20303458*     +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
20303465*     +Pnc Bank, N.A.,   1 Financial Pkwy,   Kalamazoo, MI 49009-8002
20303466*     +Pnc Bank, N.A.,   1 Financial Pkwy,   Kalamazoo, MI 49009-8002

```
District/off: 0752-1          User: driddick          Page 2 of 2          Date Rcvd: Sep 11, 2015
                             Form ID: pdf006          Total Noticed: 32
```

```
         ***** BYPASSED RECIPIENTS (continued) *****
                                                                    TOTALS: 3, * 11, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2015                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2015 at the address(es) listed below:
          Frances  Gecker    on behalf of Accountant Alan D Lasko fgecker@fgllp.com,
           fgecker@ecf.epiqsystems.com;csmith@fgllp.com
          Frances  Gecker    fgecker@fgllp.com,  fgecker@ecf.epiqsystems.com;csmith@fgllp.com
          James M. Chesloe, LTD    on behalf of Debtor Laura E. Maciejewski jcheslaw@gmail.com,
           cheslaw@sbcglobal.net
          Micah R Krohn    on behalf of Trustee Frances  Gecker mkrohn@fgllp.com,
           ccarpenter@fgllp.com;csmith@fgllp.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Zane L Zielinski    on behalf of Trustee Frances  Gecker zzielinski@wfactorlaw.com,
           nbouchard@wfactorlaw.com;bharlow@wfactorlaw.com
                                                                              TOTAL: 6