# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | |
| LAURA E. MACIEJEWSKI | § | Case No. 13-14669 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 418.00                              Assets Exempt: 17,240.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  91,698.82          Claims Discharged
                                                      Without Payment:  37,302.80

Total Expenses of Administration:  30,301.18

---

3) Total gross receipts of $ 137,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00  (see **Exhibit 2**), yielded net receipts of $ 122,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 80,148.00 | $ 89,257.61 | $ 89,257.61 | $ 89,257.61 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 30,301.18 | 30,301.18 | 30,301.18 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 223.80 | 223.80 | 223.80 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 35,608.00 | 7,531.21 | 7,531.21 | 2,217.41 |
| **TOTAL DISBURSEMENTS** | $ 115,756.00 | $ 127,313.80 | $ 127,313.80 | $ 122,000.00 |

    4)  This case was originally filed under chapter 7 on  04/09/2013 .  The case was pending for 34 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated:  01/26/2016           By:/s/Frances Gecker
                                        Trustee

    **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Single Family Home 4001 Grove Avenue Brookfield, I | 1110-000 | 129,000.00 |
| ESCROW REFUND | 1229-000 | 3,000.00 |
| LITIGATION | 1249-000 | 5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$137,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Laura Maciejewski | Exemptions | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 15,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | JP MORGAN CHASE | 4110-000 | 73,078.00 | 82,187.51 | 82,187.51 | 82,187.51 |
| | FIA CARD SERVICES, N. A. | 4220-000 | 7,070.00 | 7,070.10 | 7,070.10 | 7,070.10 |
| **TOTAL SECURED CLAIMS** | | | **$ 80,148.00** | **$ 89,257.61** | **$ 89,257.61** | **$ 89,257.61** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frances Gecker | 2100-000 | NA | 9,350.00 | 9,350.00 | 9,350.00 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 10.24 | 10.24 | 10.24 |
| Closing Protection Letter - Buyer | 2500-000 | NA | 50.00 | 50.00 | 50.00 |
| County Tax - Cook County | 2500-000 | NA | 64.50 | 64.50 | 64.50 |
| Express Delivery Fee and Service Fee | 2500-000 | NA | 75.00 | 75.00 | 75.00 |
| MGR Title Services - Closing Costs | 2500-000 | NA | 400.00 | 400.00 | 400.00 |
| Policy Update Fee | 2500-000 | NA | 100.00 | 100.00 | 100.00 |
| Recording Relase | 2500-000 | NA | 104.00 | 104.00 | 104.00 |
| Survey Fee | 2500-000 | NA | 350.00 | 350.00 | 350.00 |
| Title Insurance | 2500-000 | NA | 1,325.00 | 1,325.00 | 1,325.00 |
| Transfer Tax - Illinois | 2500-000 | NA | 129.00 | 129.00 | 129.00 |
| TRANSFER TAX AND COUNTY TAX | 2500-000 | NA | 467.50 | 467.50 | 467.50 |
| Bank of New York Mellon | 2600-000 | NA | 160.92 | 160.92 | 160.92 |
| The Bank of New York Mellon | 2600-000 | NA | 96.29 | 96.29 | 96.29 |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | NA | 32.00 | 32.00 | 32.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 4)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Real Estate Tax 1/1/14-2/13/14 | 2820-000 | NA | 608.83 | 608.83 | 608.83 |
| Real Estate Tax 7/1/13- 12/31/13 | 2820-000 | NA | 2,405.00 | 2,405.00 | 2,405.00 |
| FRANKGECKER LLP | 3110-000 | NA | 4,283.50 | 4,283.50 | 4,283.50 |
| FRANKGECKER LLP | 3120-000 | NA | 187.49 | 187.49 | 187.49 |
| LOUIS A. WEINSTOCK | 3210-000 | NA | 2,030.00 | 2,030.00 | 2,030.00 |
| ALAN D. LASKO & ASSOCIATES P. C. | 3410-000 | NA | 1,605.70 | 1,605.70 | 1,605.70 |
| ALAN D. LASKO & ASSOCIATES P. C. | 3420-000 | NA | 16.21 | 16.21 | 16.21 |
| CHICAGO REAL ESTATE RESOURCES | 3510-000 | NA | 6,450.00 | 6,450.00 | 6,450.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 30,301.18 | $ 30,301.18 | $ 30,301.18 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | NA | 223.80 | 223.80 | 223.80 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ NA | $ 223.80 | $ 223.80 | $ 223.80 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cap One Po Box 85520 Richmond, VA 23285 | | 0.00 | NA | NA | 0.00 |
| | Cap One Po Box 85520 Richmond, VA 23285 | | 0.00 | NA | NA | 0.00 |
| | Cap1/Mnrds 26525 N Riverwoods Blvd Mettawa, IL 60045 | | 1,775.00 | NA | NA | 0.00 |
| | Charter Fitness/ABC Financial PO Box 6800 Sherwood, AR | | 104.00 | NA | NA | 0.00 |
| | Chase Bank One Card Serv 2500 Westfield Dri Elgin, IL 60124 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Bank One Card Serv 2500 Westfield Dri Elgin, IL 60124 | | 0.00 | NA | NA | 0.00 |
| | Chase P.O. Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 4,200.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 3,061.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 1,694.00 | NA | NA | 0.00 |
| | Chase Po Box 24696 Columbus, OH 43224 | | 0.00 | NA | NA | 0.00 |
| | Cit/Fhut 6250 Ridgewood Road St Cloud, MN 56303 | | 0.00 | NA | NA | 0.00 |
| | Comenity Capital/Blair Po Box 182120 Columbus, OH 43218 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fhut/Metbk | | 0.00 | NA | NA | 0.00 |
| | Fhut/Webbk | | 0.00 | NA | NA | 0.00 |
| | Hsbc Bank Po Box 30253 Salt Lake City, UT 84130 | | 0.00 | NA | NA | 0.00 |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | Kohls/Capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | 1,102.00 | NA | NA | 0.00 |
| | Mcydsnb 9111 Duke Blvd Mason, OH 45040 | | 0.00 | NA | NA | 0.00 |
| | Midland Funding 8875 Aero Dr Ste 200 San Diego, CA 92123 | | 5,882.00 | NA | NA | 0.00 |
| | Pnc Bank, N.A. 1 Financial Pkwy Kalamazoo, MI 49009 | | 0.00 | NA | NA | 0.00 |
| | Pnc Bank, N.A. 1 Financial Pkwy Kalamazoo, MI 49009 | | 0.00 | NA | NA | 0.00 |
| | Pnc Bank, N.A. 1 Financial Pkwy Kalamazoo, MI 49009 | | 5,568.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Portfolio Recvry&Affil 120 Corporate Blvd Ste 1 Norfolk, VA 23502 | | 1,375.00 | NA | NA | 0.00 |
| | Providian Pob 9023 Pleasanton, CA 94566 | | 0.00 | NA | NA | 0.00 |
| | Rnb-Fields3 Po Box 9475 Minneapolis, MN 55440 | | 0.00 | NA | NA | 0.00 |
| | Seventh Avenue 1112 7th Ave Monroe, WI 53566 | | 355.00 | NA | NA | 0.00 |
| | Thd/Cbna Po Box 6497 Sioux Falls, SD 57117 | | 5,496.00 | NA | NA | 0.00 |
| | Tnb - Target Po Box 673 Minneapolis, MN 55440 | | 1,377.00 | NA | NA | 0.00 |
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 0.00 | 1,758.55 | 1,758.55 | 517.77 |
| 3 | CREDIT FIRST NA | 7100-000 | 0.00 | 838.31 | 838.31 | 246.82 |
| 2 | ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | 718.00 | 704.60 | 704.60 | 207.45 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 2,901.00 | 2,901.23 | 2,901.23 | 854.21 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 0.00 | 1,328.52 | 1,328.52 | 391.16 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 35,608.00 | $ 7,531.21 | $ 7,531.21 | $ 2,217.41 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-14669 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|
| Case Name: | LAURA E. MACIEJEWSKI | | | | Date Filed (f) or Converted (c): | 04/09/2013 (f) |
| | | | | | 341(a) Meeting Date: | 06/07/2013 |
| For Period Ending: | 01/26/2016 | | | | Claims Bar Date: | 06/26/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home 4001 Grove Avenue Brookfield, I | 80,000.00 | 65,000.00 | | 129,000.00 | FA |
| 2. Cash on hand | 40.00 | 0.00 | | 0.00 | FA |
| 3. PNC checking account ending in 264-$ 18.00 TCF Che | 418.00 | 418.00 | | 0.00 | FA |
| 4. Household goods and furnishings | 600.00 | 0.00 | | 0.00 | FA |
| 5. Wearing apparel | 200.00 | 0.00 | | 0.00 | FA |
| 6. 1999 Mazda 626 | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. 2010 Scooter- (non-working) | 300.00 | 0.00 | | 0.00 | FA |
| 8. desktop computer | 100.00 | 0.00 | | 0.00 | FA |
| 9. ESCROW REFUND            (u) | 0.00 | 3,000.00 | | 3,000.00 | FA |
| 10. LITIGATION                 (u) | 0.00 | 5,000.00 | | 5,000.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $82,658.00 | $73,418.00 | | $137,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

A FINAL REPORT HAS BEEN SUBMITTED TO THE UST FOR REVIEW.

Initial Projected Date of Final Report (TFR): 06/01/2014     Current Projected Date of Final Report (TFR): 06/01/2015

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-14669 | Trustee Name: Frances Gecker |
| Case Name: LAURA E. MACIEJEWSKI | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1962 |
| | Checking |
| Taxpayer ID No: XX-XXX0413 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/26/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/08/15 | | Transfer from Acct # xxxxxx7490 | Transfer of Funds | 9999-000 | $17,884.11 | | $17,884.11 |
| 10/15/15 | 5001 | Frances Gecker<br>325 N. LaSalle Street<br>Chicago, IL  60654 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $9,350.00 | $8,534.11 |
| 10/15/15 | 5002 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL  60654 | Distribution | | | $4,470.99 | $4,063.12 |
| | | FRANKGECKER LLP | Final distribution representing a payment of 100.00 % per court order. ($4,283.50) | 3110-000 | | | |
| | | FRANKGECKER LLP | Final distribution representing a payment of 100.00 % per court order. ($187.49) | 3120-000 | | | |
| 10/15/15 | 5003 | ALAN D. LASKO & ASSOCIATES P. C.<br>205 W. Randolph Street<br>Suite 1150<br>Chicago, IL  60606 | Distribution | | | $1,621.91 | $2,441.21 |
| | | ALAN D. LASKO & ASSOCIATES P. C. | Final distribution representing a payment of 100.00 % per court order. ($1,605.70) | 3410-000 | | | |
| | | ALAN D. LASKO & ASSOCIATES P. C. | Final distribution representing a payment of 100.00 % per court order. ($16.21) | 3420-000 | | | |
| 10/15/15 | 5004 | ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>P.O. BOX 64338<br>CHICAGO, IL  60664-0338 | Distribution | | | $431.25 | $2,009.96 |
| | | ILLINOIS DEPARTMENT OF REVENUE | Final distribution to claim 2 representing a payment of 100.00 % per court order. ($223.80) | 5800-000 | | | |
| | | ILLINOIS DEPARTMENT OF REVENUE | Final distribution to claim 2 representing a payment of 29.44 % per court order. ($207.45) | 7100-000 | | | |

Page Subtotals:  $17,884.11  $15,874.15

UST Form 101-7-TDR (10/1/2010) (Page: 12)

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-14669 |
| Case Name: | LAURA E. MACIEJEWSKI |
| Taxpayer ID No: | XX-XXX0413 |
| For Period Ending: | 01/26/2016 |

| Trustee Name: | Frances Gecker |
| Bank Name: | Associated Bank |
| Account Number/CD#: | XXXXXX1962  Checking |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/15/15 | 5005 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>TD BANK, USA<br>PO BOX 248866<br>OKLAHOMA CITY, OK 73124-8866 | Final distribution to claim 1 representing a payment of 29.44 % per court order. | 7100-000 | | $517.77 | $1,492.19 |
| 10/15/15 | 5006 | CREDIT FIRST NA<br>PO BOX 818011<br>CLEVELAND, OH 44181 | Final distribution to claim 3 representing a payment of 29.44 % per court order. | 7100-000 | | $246.82 | $1,245.37 |
| 10/15/15 | 5007 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>CAPITAL ONE NATL ASSOC (CAPITAL ONE BANK (USA)NA<br>PO BOX 41067<br>NORFOLK, VA 23541 | Final distribution to claim 4 representing a payment of 29.44 % per court order. | 7100-000 | | $854.21 | $391.16 |
| 10/15/15 | 5008 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>GENERAL ELECTRIC CAPITAL CORP (MEIJER)<br>PO BOX 41067<br>NORFOLK, VA 23541 | Final distribution to claim 5 representing a payment of 29.44 % per court order. | 7100-000 | | $391.16 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $17,884.11 | $17,884.11 |
| Less: Bank Transfers/CD's | $17,884.11 | $0.00 |
| Subtotal | $0.00 | $17,884.11 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $17,884.11 |

Page Subtotals: $0.00  $2,009.96

UST Form 101-7-TDR (10/1/2010) (Page: 13)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-14669 | Trustee Name: | Frances Gecker |
| --- | --- | --- | --- |
| Case Name: | LAURA E. MACIEJEWSKI | Bank Name: | The Bank of New York Mellon |
| | | Account Number/CD#: | XXXXXX7490 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX0413 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 01/26/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/14/14 | | CHICAGO TITLE & TRUST COMPANY 10 S. LaSalle StreetChicago, IL 60603 | Purchase of Property | | $12,213.56 | | $12,213.56 |
| | | | Gross Receipts $129,000.00 | | | | |
| | | N. C. FIA CARD SERVICES FIA Card Services, N.C.Payoff Judgment 1215833138 | FIA CARD SERVICES ($7,070.10) | 4220-000 | | | |
| | | JP MORGAN CHASE JP Morgan ChaseP.O. Box 24696Columbus, OH 43224 | JP MORGAN CHASE MORTGAGE ($82,187.51) | 4110-000 | | | |
| | | Laura Maciejewski | DEBTOR'S EXEMPTION ($15,000.00) | 8100-002 | | | |
| | | CHICAGO REAL ESTATE RESOURCES | BROKER'S COMMISSION ($6,450.00) | 3510-000 | | | |
| | | MGR Title Services - Closing Costs | Title Company Fees ($400.00) | 2500-000 | | | |
| | | Real Estate Tax 1/1/14-2/13/14 | Real Estate Taxes ($608.83) | 2820-000 | | | |
| | | Real Estate Tax 7/1/13- 12/31/13 | Real Estate Taxes ($2,405.00) | 2820-000 | | | |
| | | TRANSFER TAX AND COUNTY TAX | TRANSFER TAX AND COUNTY TAX ($467.50) | 2500-000 | | | |
| | | Policy Update Fee | Policy Update Fee ($100.00) | 2500-000 | | | |
| | | Closing Protection Letter - Buyer | Closing Protection Letter ($50.00) | 2500-000 | | | |
| | | Express Delivery Fee and Service Fee | Delivery Fee ($75.00) | 2500-000 | | | |
| | | Transfer Tax - Illinois | Transfer Tax - IL ($129.00) | 2500-000 | | | |
| | | Recording Relase | Recording Fee ($104.00) | 2500-000 | | | |
| | | Survey Fee | Survey Fee ($350.00) | 2500-000 | | | |
| | | | Page Subtotals: | | $12,213.56 | $0.00 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-14669 | Trustee Name: | Frances Gecker |
| Case Name: | LAURA E. MACIEJEWSKI | Bank Name: | The Bank of New York Mellon |
| | | Account Number/CD#: | XXXXXX7490 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX0413 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 01/26/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | County Tax - Cook County | Cook County Tax ($64.50) | 2500-000 | | | |
| | | Title Insurance | Title Insurance ($1,325.00) | 2500-000 | | | |
| | 1 | | Single Family Home 4001 Grove Avenue Brookfield, I $129,000.00 | 1110-000 | | | |
| 03/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $12,203.56 |
| 03/31/14 | 9 | CHICAGO REAL ESTATE RESOURCES | Escrow Deposit Turnover | 1229-000 | $3,000.00 | | $15,203.56 |
| 04/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $18.14 | $15,185.42 |
| 05/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $21.85 | $15,163.57 |
| 06/06/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $22.54 | $15,141.03 |
| 07/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $21.78 | $15,119.25 |
| 08/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $22.48 | $15,096.77 |
| 09/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $22.44 | $15,074.33 |
| 10/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $21.69 | $15,052.64 |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.38 | $15,030.26 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.63 | $15,008.63 |
| 12/08/14 | | LOUIS A. WEINSTOCK 223 W. JACKSON BLVD. SUITE 512 CHICAGO, ILLINOIS 60606 | Settlement for Litigation | | $2,970.00 | | $17,978.63 |
| | | | Gross Receipts $5,000.00 | | | | |
| | | | Page Subtotals: | | $5,970.00 | $204.93 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 13-14669 | Trustee Name: Frances Gecker |
| Case Name: LAURA E. MACIEJEWSKI | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX7490 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX0413 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/26/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | LOUIS A. WEINSTOCK<br>223 W. JACKSON BLVD.<br>SUITE 512<br>CHICAGO, IL 60606 | Attorney for Trustee Fees ($2,030.00) (Trustee | 3210-000 | | | |
| | 10 | | LITIGATION $5,000.00 | 1249-000 | | | |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.59 | $17,953.04 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.69 | $17,926.35 |
| 02/10/15 | 10000 | ARTHUR B. LEVINE COMPANY<br>Attn: Maria Sponza<br>60 East 42nd Street, Room 965<br>New York, NY 10165 | Bond No. 10BSBGR6291 | 2300-000 | | $10.24 | $17,916.11 |
| 02/16/15 | 10001 | CLERK OF THE U. S. BANKRUPTCY COURT<br>CLERK OF THE U.S. BANKRUPTCY COURT<br>219 S. DEARBORN STREET, 7TH FL.<br>CHICAGO, ILLINOIS 60604 | Filing Fee for Motion to Sell Reversal<br>Filing fee was previously paid by trustee's counsel. Clerical error. | 2700-000 | | ($176.00) | $18,092.11 |
| 02/16/15 | 10001 | CLERK OF THE U. S. BANKRUPTCY COURT<br>CLERK OF THE U.S. BANKRUPTCY COURT<br>219 S. DEARBORN STREET, 7TH FL.<br>CHICAGO, ILLINOIS 60604 | Filing Fee for Motion to Sell | 2700-000 | | $176.00 | $17,916.11 |
| 05/04/15 | 10002 | ILLINOIS DEPARTMENT OF REVENUE<br>P.O. BOX 19053<br>SPRINGFIELD, IL 62794-9053 | FEIN 46-7180413 2014 form IL-1041 | 2820-000 | | $32.00 | $17,884.11 |
| 07/08/15 | | Transfer to Acct # xxxxxx1962 | Transfer of Funds | 9999-000 | | $17,884.11 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $18,183.56 | $18,183.56 |
| Less: Bank Transfers/CD's | $0.00 | $17,884.11 |
| Subtotal | $18,183.56 | $299.45 |
| Page Subtotals: | $0.00 | $17,978.63 |

UST Form 101-7-TDR (10/1/2010) (Page: 16)

Exhibit 9

|  |  |  |
|---|---|---|
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $18,183.56 | $299.45 |

| Page Subtotals: | $0.00 | $0.00 |
|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1962 - Checking | $0.00 | $17,884.11 | $0.00 |
| XXXXXX7490 - Checking Account (Non-Interest Earn | $18,183.56 | $299.45 | $0.00 |
|  | $18,183.56 | $18,183.56 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $118,816.44 |
|---|---|
| Total Net Deposits: | $18,183.56 |
| Total Gross Receipts: | $137,000.00 |

Page Subtotals:    $0.00    $0.00